742 A.2d 557

IN THE MATTER OF CHARLES J. MYSAK,
AN ATTORNEY AT LAW.

December 27, 1999.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending that **CHARLES J. MYSAK** of **WAYNE**, who was admitted to the bar of this State in 1977, and who was temporarily suspended from practice by Order of this Court dated July 21, 1997, and who remains suspended at this time, be disbarred for violating *RPC* 1.15 (knowing misappropriation of client funds) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **CHARLES J. MYSAK** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having considered the brief and oral argument submitted by respondent, particularly his claim that he was authorized to use certain deposit monies prior to closing, but having determined by the requisite standard of proof that the use of the entrusted funds was not authorized;

And good cause appearing;

It is ORDERED that **CHARLES J. MYSAK** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that funds previously restrained from disbursement shall be transferred by the financial institution to the Clerk of the Superior Court who is directed to deposit the funds in the Superior Court Trust Fund, pending further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **CHARLES J. MYSAK** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.